IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC HOUSEKNECHT, | No. 4:20-CV-01233 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DAVID YOUNG, DONALD MAYES, JODY MILLER, and DUSTIN REEDER, | |
| Defendants. | |

## ORDER

**APRIL 13, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment (Doc. 33) is **DENIED**.

2. A telephonic status conference call with counsel of record will be scheduled by separate order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge